# EXHIBIT 2

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202223644

RECEIPT NO: 928253  TRACKING NO: 73997326
EML

| | |
|---|---|
| Plaintiff: | In The 270th |
| SHIH, PATRICK (M D) (P A) | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| AETNA LIFE INSURANCE COMPANY | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To: AETNA LIFE INSURANCE COMPANY (A PENNSYLVANIA CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900, DALLAS TX 75201-3136

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on April 19, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on April 21, 2022, under my hand and seal of said court.



Issued at the request of:

Thomas, Zachary W
2402 DUNLAVY STREET SUITE 2000
HOUSTON, TX 77006
713-405-7090
Bar Number: 24070739

Marilyn Burgess, District Clerk
Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: CAROLINA SALGADO

Tracking Number: 73997326

EML

## CAUSE NUMBER: 202223644

| | |
|---|---|
| PLAINTIFF: SHIH, PATRICK (M D) (P A)<br>vs.<br>DEFENDANT: AETNA LIFE INSURANCE COMPANY | In the 270th<br>Judicial District Court of<br>Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20.

Fees $__**100.00**_____

_____        By_____
                  Affiant                                                             Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

**AFFIDAVIT ATTACHED**

# AFFIDAVIT OF SERVICE

**State of Texas**  **County of Harris**  **270th Judicial District Court**

Case Number: 202223644

Plaintiff:
**SHIH, PATRICK (MD) (PA)**

vs.

Defendant:
**AETNA LIFE INSURANCE COMPANY**

For:
Zachary Thomas - New
Nichols Brar Weitzner Thomas LLP
2402 Dunlavy Street
Suite 200
Houston, TX 77006

Received by Kim Tindall & Associates, LLC on the 29th day of April, 2022 at 11:53 am to be served on **AETNA LIFE INSURANCE COMPANY (A PENNSYLVANIA CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, Dallas County, TX 75201-3136**.

I, Anthony Collins, being duly sworn, depose and say that on the **29th day of April, 2022 at 2:55 pm, I:**

Executed service by hand delivering a true copy of the **Citation, Plaintiff's Original Petition, ASSIGNMENT OF BENEFITS, ASSIGNMENT OF RIGHTS TO PURSUE ERISA AND OTHER LEGAL AND ADMINISTRATIVE CLAIMS ASSOCIATED WITH MY HEALTH INSURANCE AND /OR HEALTH BENEFIT PLAN (INCLUDING BREACH OF FIDUCIARY DUTY) AND DESIGNATION OF AUTHORIZED REPRESENTATIVE** to: **Terri Thongsavat** , an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.**, who is authorized to accept service of process for **AETNA LIFE INSURANCE COMPANY (A PENNSYLVANIA CORPORATION)** , at the address of: **1999 BRYAN STREET, SUITE 900, DALLAS, Dallas County, TX 75201-3136**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

CHARLES P GOODSON
Notary ID #130419821
My Commission Expires
October 27, 2023

Subscribed and Sworn to before me on the 2nd day of May, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Anthony Collins
PSC-357 Expires 12/31/2023

Kim Tindall & Associates, LLC
16414 San Pedro
Suite 900
San Antonio, TX 78232
(866) 672-7880

Our Job Serial Number: KTA-2022001039

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i